IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNNY LEE WILLIAMS,**                                         **PLAINTIFF**

**V.**            **CASE NO. 5:18-cv-132-BSM-BD**

**JEFFERSON COUNTY, et al.**                            **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Williams may file written objections to this Recommendation, if he wishes. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Williams may waive any right to appeal questions of fact.

**II.**     **Discussion:**

Plaintiff Johnny Lee Williams filed this lawsuit without the help of a lawyer. (Docket entry #1) The Court requires plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On June 14, 2018, Mr. Williams was given thirty days to notify the Court of his

new address, after his mail was returned to Court as undeliverable. (#5) The Court specifically cautioned Mr. Williams that his claims could be dismissed if he failed to comply with the Order. (#5) To date, Mr. Williams has failed to comply with the Court's Order, and the time for doing so has passed.

### III.   Conclusion:

The Court recommends that Mr. Williams's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 14, 2018 Order and failure to prosecute this case.

DATED this 16th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE