IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY LEE WILLIAMS                                                PLAINTIFF

v.                          CASE NO. 5:18-CV-00132 BSM

JEFFERSON COUNTY, et al.                                         DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 7] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in its entirety, and plaintiff Johnny Lee Williams's complaint is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 2nd day of August 2018.

_____
UNITED STATES DISTRICT JUDGE